

THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

MARTHA COAKLEY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

July 2, 2007

<u>VIA FIRST-CLASS **MAIL**</u>

Ms. Bethaney Healey
Courtroom Clerk to Chief Magistrate
 Judge Kenneth P. Neiman
United States District Court for the District
 of Massachusetts
Western Division
Federal Building and Courthouse
1550 Main Street
Springfield, Massachusetts  01103

      **Re:**    **Hutchinson, et al. v. Patrick, Governor, et al., 07-CV-30084-MAP**

Dear Ms. Healey:

This letter is to confirm my understanding from our telephone conversation that plaintiffs' June 29, 2007, Motion for Scheduling Order will be treated by the Court as a motion and that defendants' response thereto is therefore due on July 13, 2007.  Thank you for your kind attention to this matter.

                                              Very truly yours,

                                              Jane L. Willoughby
                                              Assistant Attorney General
                                              Administrative Law Division
                                              Government Bureau

cc:    Steven Schwartz, Esq. (via first-class mail)