

# THINK OUTSIDE THE FACILITY

## Home and Community-Based Waivers

### ABI
**ACQUIRED BRAIN INJURY WAIVER PROGRAM**

### MFP
**MOVING FORWARD PLAN WAIVER PROGRAM**

Helping MassHealth members move from a nursing facility or long-stay hospital back to their community.




COMMONWEALTH OF MASSACHUSETTS | MassHealth

# ABOUT THE WAIVER PROGRAMS

Home and community-based waivers are for MassHealth members who would otherwise need facility-based care.

## Live more independently.

If you are a Massachusetts resident living in a nursing facility, chronic disease hospital, or rehabilitation hospital, you may be able to move out and live more independently with waiver services and supports.



> "I say to brain injury survivors, 'There's nothing we can't do. Nothing.'"

I had a devastating stroke five years ago. Without the ABI-N Waiver, I would still be in the rehabilitation facility. But now I live in an accessible apartment and have my independence. I have transportation to activities that are important to me. With the waiver—and with determination, commitment, and willpower—I am continuing my recovery in the community.



### Top 5 reasons to participate

1. Get your independence back
2. Privacy in your living situation
3. Transportation to community activities
4. Equipment you need for your home, and to get out and about
5. You lead the planning process for your waiver services, along with a case manager or service coordinator



## WHAT SERVICES ARE PROVIDED

Depending on the waiver, services may include:

- help with moving back to the community from a facility
- home and vehicle modifications
- residential services
- prevocational and supported employment services
- transportation
- personal care
- family support

Every waiver participant also has a waiver case manager or a service coordinator who coordinates their services to support successful community living.

## WHO QUALIFIES

To qualify for the ABI and MFP waivers, an individual must:

- Be a disabled adult or be age 65 or older
- Have been living in a facility at least 90 days
- Be financially eligible for MassHealth Standard in the community
- Meet clinical requirements
- Have an ABI that was sustained at age 22 or older *(required for ABI waivers only)*



# YOUR OPTIONS

## The ABI and MFP Waiver Programs

If you are living in a facility, and are wondering how you can move out and live more independently, we invite you to consider applying for one of these programs.



 **ACQUIRED BRAIN INJURY WAIVER PROGRAMS**

**ABI-RH Waiver**
Residential Habilitation

For adults with ABI* who need 24-hour supervision and staffing in a provider-operated residence

**ABI-N Waiver**
Non-residential Habilitation

For adults with ABI* who don't need 24-hour supports/supervision, but who need waiver services in their home

*Qualifying ABI's include brain injuries resulting from stroke, brain trauma, infection, brain tumor, or anoxia. This list is not exhaustive. Dementia-type conditions do not qualify.

**MFP MOVING FORWARD PLAN WAIVER PROGRAMS**

 **MFP-RS Waiver**
Residential Supports

For adults who need 24-hour supervision and staffing in a provider-operated residence

**MFP-CL Waiver**
Community Living

For adults who don't need 24-hour supports/supervision, but who need waiver services in their home

 *Provider-operated residences are typically 4-5 person group homes, assisted living apartments, or shared living arrangements. Contact us for more information.*



# HOW TO APPLY

If you have questions or would like more information, including how to apply, please contact us.

 **Online**

https://www.mass.gov/service-details/information-about-home-and-community-based-services-waivers

 **Telephone**

ABI/MFP Waiver Unit
UMass Medical School
**855-499-5109**
(TTY: **800-596-1746**
for persons who are deaf, hard of hearing, or speech disabled)

ABI-MFP-B (03/18)